UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMY LEE CROW JR.,

    Petitioner,

v.

RON HAYES,

    Respondent.

CASE NO. C16-5277 RJB-JRC

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

Petitioner Tommy Lee Crow filed a proposed §2254 habeas petition, an amended §2254 habeas petition, and an application to proceed in forma pauperis ("IFP"). Dkts. 1, 10 and 9, respectively. Petitioner's IFP application indicates that he has an average balance in his prison account of $40.79. Dkt. 9 at 2-3. Because it appears that petitioner has funds sufficient to pay the $5.00 filing fee, he should do so or provide the Court with an explanation of why he cannot.

Accordingly, petitioner is ordered to show cause why his IFP application should not be denied on or before August 12, 2016. In the alternative, petitioner may pay the $5.00 filing fee

ORDER TO SHOW CAUSE - 1

1  before that date. Failure to show cause or pay the amount shall be deemed a failure to properly

2  prosecute this matter and the Court will recommend dismissal of this matter.

3      Dated this 15th day of July, 2016.

4

5                      J. Richard Creatura
                    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2