UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOMMY LEE CROW, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RON HAYES,<br><br>　　　　　Defendants. | CASE NO. 16-cv-05277 RJB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER:**

(1)　The Court adopts the Report and Recommendation (Dkt. 15).

(2)　Petitioner's motion for leave to proceed *in forma pauperis* (IFP) (Dkt. 9) is denied at moot.  The filing fee has been paid.

**DATED** this 29th day of August, 2016.

　　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1