UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMY LEE CROW, JR.,

          Petitioner,

v.

RON HAYES,

          Respondent.

CASE NO. 3:16-cv-05277-RJB-JRC

ORDER MAINTAINING STAY

     Petitioner Tommy Lee Crow, Jr., filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. The Court stayed the case until 30 days after the state court entered final judgment on petitioner's state personal restraint petition. Dkt. 24. Petitioner was instructed to file a status report every 90 days, informing the Court of the status of his state case. *Id*. On February 14, 2018, petitioner filed a status report indicating he is still pursuing his personal restraint petition in state court, and additionally asking the Court to "notify him [whether] the stay is granted or not. . . ." Dkt. 29 at 1. However, as noted above, the Court stayed this action until the state courts resolve petitioner's action in state court. As such, the stay has already been granted and will be

maintained until the state courts terminate review or one of the parties shows cause why the stay should otherwise be lifted.

Therefore, it is ORDERED:

1) The stay on petitioner's case remains in effect until 30 days after the state courts enter final judgment. *See* Dkt. 24.

2) Petitioner is instructed to provide the Court with another status report on or before **June 1, 2018**, or notify the Court when the state court enters final judgment.

3) The Clerk is directed to note the above due date on the docket for this action.

Dated this 27th day of February, 2018.

J. Richard Creatura
United States Magistrate Judge