UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMMY LEE CROW, JR,

        Petitioner,

v.

RON HAYNES,

        Respondent.

CASE NO. 3:16-cv-05277-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (no objections to the Report and Recommendation were filed) and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The habeas petition is denied, and the matter is closed. A certificate of appealability shall issue.

(2) The Clerk shall send copies of this order to petitioner and Judge Creatura.

Dated this 8th day of September, 2020.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1